**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| A.J. ADAMS, | : | No. 101 WM 2017 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| JUDGE WILLIAM R. CUNNINGHAM, | : | |
| Respondent | : | |

### ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of January, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Prohibition is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.